IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DVM MANUFACTURING, LLC. : CIVIL ACTION
:
v. :
: NO. 16-6369
GALLAGHER, ET AL. :

## ORDER

AND NOW, this 8th day of August, 2017, upon consideration of Plaintiff DVM Manufacturing, LLC's Motion to Quash (ECF No. 18), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ R. Barclay Surrick
R. BARCLAY SURRICK, J.

8/8/17 faxed —
Boroman, Turner, Huing,
McCabe